JASON P. GONZALEZ (CA BAR NO. 178768)
ROBERT B. YOSHITOMI (CA BAR NO. 58710)
NIXON PEABODY LLP
555 West Fifth Street, 46th Floor
Los Angeles, California 90013-1010
Telephone:   (213) 629-6000
Facsimile:    (213) 629-6001
Email:         jgonzalez@nixonpeabody.com
                   ryoshitomi@nixonpeabody.com

Attorneys for Defendants
Evermetal, Inc. and SD and Sons, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SW LOGISTICS, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>EVERMETAL, INC., a New Jersey corporation; SD AND SONS, INC., a California corporation, and Doe Defendants 1 through 10,<br><br>　　　　　　　Defendants. | Case No.: CV-14-3165-CRB<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Current date:　　12/12/14<br>Proposed date:　2/13/15<br>Time:　　　　　　8:30 a.m. |

The Court, having reviewed the Stipulation to Continue Case Management Conference filed by Plaintiff SW Logistics, Inc and Defendants Evermetal, Inc. and SD and Sons, Inc. (collectively, "Defendants"), and, good cause appearing hereby ORDERS:  the case management conference in this matter, currently scheduled for December 12, 2014, is hereby continued to February 20, 2015, at 8:30 a.m.  All applicable deadlines are to be reset in accordance with the new February 20 date.

　　　　PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  December 3, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　THE HONORABLE CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE